**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA, :
:
v. :
: CASE NO.: 7:26-CR-00021-WLS-ALS
TRAVIS VASHON COOPER, :
:
Defendant. :
:

# ORDER

Before the Court is Defendant Travis Vashon Cooper's unopposed motion to continue trial in the interest of justice. (Doc. 27.) Cooper requests that the Court continue the pretrial conference and trial date in this matter to the next available term. (*Id.*)

Cooper filed a motion to suppress on September 22, 2026, (Doc. 24), and the Government filed its response on September 29, 2026, (Doc. 26.) Cooper requests a continuance to allow counsel time to review and address the Government's response, prepare for any evidentiary hearing the Court sets, and complete any additional briefing the Court orders. (Doc. 27 ¶ 4.) And once the Court rules on the motion to suppress, defense counsel will need additional time to meet with Cooper to discuss the ruling and determine how best to proceed. (*Id.* ¶ 5.) Defense counsel submits that, despite her "diligence in reviewing the evidence and presenting the suppression issues, additional time is reasonably necessary to complete that litigation and prepare effectively in light of its resolution." (*Id.* ¶ 6.) Defense counsel has spoken with counsel for the Government, and the Government does not oppose the motion to continue. (*Id.* ¶ 7.)

Based on Cooper's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Cooper in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)–(B). Thus, and for good cause shown, the motion, (Doc. 27), is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division February 2027 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that

the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance deny defense counsel and counsel for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

**SO ORDERED**, this 5th day of October 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**